IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN PEISHI ADVERTISING MEDIA CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | **Case No. 1:26-cv-00090-TMD-HKM** <br><br><br> **Honorable Thomas M. Durkin** <br><br> **Magistrate Heather K. McShain** |

**DECLARATION OF JOSEPH W. DROTER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Joseph W. Droter, of the City of Chicago, in the State of Illinois, declare as follows:

1. Except as otherwise expressly stated to the contrary, this declaration is based upon my personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the statements made herein.

2. I make this declaration in support of Plaintiff's Motion for Temporary Restraining Order ("TRO").

3. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Shenzhen Peishi Advertising Media Co. Ltd. ("Plaintiff"). In my experience in combating online infringement as an intellectual property attorney, I am knowledgeable about key aspects of intellectual property protection including, but not limited to, trademarks, copyrights, other intellectual property, sales, on-line sales, and associated

1

international operations. I make this declaration from my matters within my own knowledge unless stated otherwise.

4. Based on my review of the pleadings, exhibits, and supporting evidence filed in this action, including the Declaration of Anisah Beaston in support of TRO [Dkt. 16] and the accompanying purchase confirmations, I confirm that each named Defendant has sold or offered to sell the accused infringing products to Illinois within the last two months.

5. As reflected in the purchase confirmations attached as **Exhibit 1** and the supporting declaration of Anisah Beaston, each Defendant accepted an order and payment for a product practicing the invention claimed in the Patent Plaintiff has asserted in this case (an "Accused Product") to be shipped to an Illinois address, thereby completing a commercial transaction purposefully directed into this District.

6. Specifically, on December 1, 2025, within the two-month period preceding Plaintiff's motion, test purchases of the Accused Products were made from each Defendant through the Amazon online marketplace storefronts to Chicago, Illinois.

7. At the time of purchase, Defendants were actively offering the Accused Products for sale to consumers in Illinois.

8. This evidence confirms that Defendants' infringing activity was recent and ongoing at the time Plaintiff sought injunctive relief.

9. I further confirm that each named Defendant sold at least one allegedly infringing product to a customer in the State of Illinois.

10. These completed Illinois sales establish a sufficient basis for the Court's exercise of personal jurisdiction over each Defendant for purposes of temporary restraining and asset-freeze relief.

11. I have confirmed that Plaintiff has not filed any other pending civil actions against any of the named Defendants, whether involving the same or different intellectual property.

12. Based on the foregoing, Plaintiff has satisfied the Court's requirements for consideration of its Motion for Temporary Restraining Order and related relief.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on January 27, 2026, in Chicago, Illinois.


                    Respectfully Submitted

                    By: /s/ Joseph W. Droter
                    JOSEPH W. DROTER, ESQ.
                    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Joseph W. Droter*
Joseph W. Droter (IL Bar No. 6329630)
Joseph@bayramoglu-legla.com
William R. Brees (Bar No. 98886)
william@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
*Attorneys for Plaintiff*
