# Exhibit 1



**DEFENDANT 1**
**YIERSIKEJI**

## Order Details

Order placed December 1, 2025 | Order # 114-5569987-7513800

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| Item(s) Subtotal: | $46.97 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $46.97 |
| Estimated tax to be collected: | $4.81 |
| Grand Total: | **$51.78** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit with 6 Wood Chips, Portable Cocktail Smoker, Rechargeable Drink Infuser for Whiskey, Bourbon, Rum, Old Fashioned, Home Bar Accessories, Gift for Men, Dad, Whiskey Lovers
Sold by: yiersikeji
Return or replace items: Eligible through January 31, 2026
$46.97

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip

**DEFENDANT 2**
**ZYLD-US**

## Order Details

Order placed December 1, 2025 | Order # 114-0013786-7060205

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| Item(s) Subtotal: | $24.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $2.56 |
| Grand Total: | **$27.55** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit, Cocktail Smoker Kit with LCD Display, No Butane Needed, Built-in Lighter, Old Fashioned Smoker Kit with 6 Wood Chips, Bourbon Whiskey Gifts for Men, Dad, Husband
Sold by: ZYLD-US
Return or replace items: Eligible through January 31, 2026
$24.99

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip





**DEFENDANT 5**
**Blessings from the East**

Your Account › Your Orders › Order Details

## Order Details

Order placed December 1, 2025 | Order # 114-4929989-6095421    Invoice ⌄

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| | VISA Visa ending in 9506 | Item(s) Subtotal: | $99.99 |
| | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60606-7147 | | Total before tax: | $99.99 |
| United States | | Estimated tax to be collected: | $10.25 |
| | | **Grand Total:** | **$110.24** |

| Placed by | Admin |
|---|---|

**Delivered December 4**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit with 6 Wood Chips, Cocktail Infuser for Bourbon, Scotch, Old Fashioned Drinks, One Button Operation, USB Rechargeable, No Torch Required, Portable Whiskey Gifts for Men
Sold by: Blessings from the East
Return or replace items: Eligible through January 31, 2026
$99.99

🛒 Buy it again    View your item

- Get product support
- Return or replace items
- Share gift receipt
- Ask Product Question
- Leave seller feedback
- Write a product review
- Print packing slip

**DEFENDNAT 6**
**AGOT Direct**

Your Account › Your Orders › Order Details

## Order Details

Order placed December 1, 2025 | Order # 114-7683054-5725006    Invoice ⌄

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| | VISA Visa ending in 9506 | Item(s) Subtotal: | $22.79 |
| | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60606-7147 | | Total before tax: | $22.79 |
| United States | | Estimated tax to be collected: | $2.34 |
| | | **Grand Total:** | **$25.13** |

| Placed by | Admin |
|---|---|

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit with Lights: Cocktail Infuser with 6 Wood Chips for Whiskey Bourbon Lovers – Old Fashioned Drink Smoker Kits for Drink Mixing Home Bar Party - Christmas Gifts for Dad Men
Sold by: AGOT Direct
Return or replace items: Eligible through January 31, 2026
$22.79

🛒 Buy it again    View your item

- Return or replace items
- Share gift receipt
- Ask Product Question
- Leave seller feedback
- Write a product review
- Print packing slip



**DEFENDANT 7**
**Sumapner**

## Order Details

Order placed December 1, 2025 | Order # 114-2737021-9473007

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $27.64 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $27.64 |
| Estimated tax to be collected: | $2.83 |
| **Grand Total:** | **$30.47** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Cocktail Smoke Kit with 2 Glasses, 6 Flavors Wood Chips, 2 Ice Ball Molds, Bourbon Old Fashioned Drink Smoker Set, Gifts for Men Dad Husband Father, Built-In Lighter, No Butane Needed
Sold by: Sumapner
Return or replace items: Eligible through January 31, 2026
$27.64

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip

**DEFENDANT 8**
**CIRYASR NL-US**

Your Account › Your Orders › Order Details

## Order Details

Order placed December 1, 2025 | Order # 114-6773924-5282658

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $2.56 |
| **Grand Total:** | **$27.55** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit 2025 Upgraded, Rechargeable Cocktail Smoker Kit with 4 Light Modes &6 Wood Chips,Old Fashioned Whiskey Accessories,Bourbon Gifts forMen, Dad, Husband, No Butane
Sold by: CIRYASR NL-US
Return or replace items: Eligible through January 31, 2026
$24.99

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip



**DEFENDANT 9**
**laixianghua**

## Order Details

Order placed December 1, 2025 | Order # 114-7116485-1481824

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.84 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $18.84 |
| Estimated tax to be collected: | $1.93 |
| **Grand Total:** | **$20.77** |

**Placed by**            Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit – Rechargeable with Built-in Lighter, No Butane
Required , Includes Rechargeable Cocktail Smoker Kit with 6 Wood Chips , Whiskey
Christmas Gift for Husbands, Men, Fathers
Sold by: laixianghua
Return or replace items: Eligible through January 31, 2026
$18.84

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip

**DEFENDANT 10**
**huaweinuoda**

Your Account › Your Orders › Order Details

## Order Details

Order placed December 1, 2025 | Order # 114-5331127-2006625

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $2.66 |
| **Grand Total:** | **$28.65** |

**Placed by**            Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit with 6 Wood Chips, Electric Cocktail Smoker Kit Built-in
Lighter, No Butane Needed, Gifts for Christmas, Gifts for Men, Dad, Husband
Sold by: huaweinuoda
Return or replace items: Eligible through January 31, 2026
$25.99

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip



**DEFENDANT 11**
**Yinduz**

## Order Details

Order placed December 1, 2025 | Order # 114-3857101-9529008

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

**Placed by**    Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit - Built-in Lighter & 6 Wood Chips, No Butane Needed, Drink Smoker Kits for Home Bar, Great Birthdays Gifts for Men Dad Husband, Bourbon Cocktail Smoker Kit
Sold by: Yinduz
Return or replace items: Eligible through January 31, 2026
$29.99

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip

**DEFENDANT 12**
**Shfonovax**

## Order Details

Order placed December 1, 2025 | Order # 114-4511461-9590618

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**

VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $22.44 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $22.44 |
| Estimated tax to be collected: | $2.30 |
| **Grand Total:** | **$24.74** |

**Placed by**    Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Electric Whiskey Smoker Kit–Rechargeable Cocktail Smoker Kit with Built-in Lighter, 6 Wood Chip Flavors–Old Fashioned Smoker Kit, Bourbon Smoker Kit–Gifts for Men, Dad, Husband, Home Bar Accessories
Sold by: Shfonovax
Return or replace items: Eligible through January 31, 2026
$22.44

Buy it again | View your item

Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review
Print packing slip



**DEFENDANT 13**
**lecvsiyiHaven**

## Order Details

Order placed December 1, 2025 | Order # 114-2475966-2566653

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**
VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.59 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.59 |
| Estimated tax to be collected: | $3.03 |
| **Grand Total:** | **$32.62** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Leapio Electric Whiskey Advent Calendar 2025 for Adult Men, 24 Days Bourbon Smoker Kit, Smoked Old Fashioned Kit for Whisky & Cocktail Lovers, Cool Xmas Gifts for Husband, Dad, Boyfriend, Him
Sold by: lecvsiyiHaven
Return or replace items: Eligible through January 31, 2026
$29.59

View your item

Return or replace items

Share gift receipt

Ask Product Question

Leave seller feedback

Write a product review

Print packing slip

**DEFENDANT 14**
**Zhouxun Store-US**

## Order Details

Order placed December 1, 2025 | Order # 114-8434888-1529053

Invoice ⌄

**Ship to**

CHICAGO, IL 60606-7147
United States

**Payment method**
VISA Visa ending in 9506

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

**Placed by** Admin

**Delivered December 5**
Pending receiving: 0/1 items marked as received

Whiskey Advent Calendar 2025 for Men – Electric Bourbon Smoker Kit for Whisky & Cocktail Lovers, Unique Cool Christmas Gifts for Adults, Husband, Dad, Boyfriend, Him (No Butane Needed)
Sold by: Zhouxun Store-US
Return or replace items: Eligible through January 31, 2026
$29.99

Buy it again | View your item

Return or replace items

Share gift receipt

Ask Product Question

Leave seller feedback

Write a product review

Print packing slip