IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN PEISHI ADVERTISING MEDIA CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:26-cv-00090-GNA-HKM <br><br> Honorable Georgia N. Alexakis <br><br> Magistrate Heather K. McShain |

**ORDER AUTHORIZING EXPEDITED DISCOVERY**

This matter being before the Court on Plaintiff Shenzhen Peishi Advertising Media Co. Ltd.'s ("Plaintiff") Motion for Expedited Discovery (the "Motion") against the fully interactive, e-commerce stores operating under the domain names identified in Schedule "A" and attached hereto ("Defendants") and using at least the online marketplace accounts identified in Exhibit 1 to the Complaint (the "Online Marketplaces"). After reviewing the Motion and the accompanying documents, this Court Grants the motion as follows:

1.      Upon Plaintiff's request, any third party with actual notice of this Order who is providing services to Defendants or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Temu, eBay Inc., AliExpress, Alibaba, Amazon.com Inc., Wish.com, and Dhgate (collectively the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery,

1

including copies of documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payments for services and financial information, including without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Any third party impacted by this Order may move for appropriate relief.

This Expedited Discovery Order is entered on February 4, 2026.

_____
HONORABLE JUDGE GEORGIA N. ALEXAKIS
UNITED STATES DISTRICT JUDGE

**Schedule A**

| DEFENDANT NO. | SELLER NAME | SELLER ID |
|---|---|---|
| 1 | yiersikeji | A2K3J5W3S3LREA |
| 2 | ZYLD-US | A19J155ZI27JO9 |
| 3 | AMZSEAT-US | AXMSD0GYB52NX |
| 4 | chuxuan us | A3SBSZ98G078D5 |
| 5 | Blessings from the East | AT8UL94JYJRWR |
| 6 | AGOT Direct | ACFGPAWC4015I |
| 7 | Sumapner | A43EUXHRFBO77 |
| 8 | CIRYASR NL-US | A3N4IYMH78RU8Q |
| 9 | laixianghua | A5ZXTE0MEL2E |
| 10 | huaweinuoda | A2FIVKABVZUPN4 |
| 11 | Yinduz | A1YU4VEUIVHC61 |
| 12 | Shfonovax | ABD93LX20DZ1T |
| 13 | lecvsiyiHaven | A1HM5F6T5U5U6T |
| 14 | Zhouxun Store-US | A2RW8WUS3F0HG1 |