AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| SHENZHEN PEISHI ADVERTISING MEDIA CO., LTD <br> *Plaintiff(s)* <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO <br> *Defendant(s)* | Civil Action No. 1:26-cv-00090 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William R. Brees (FL Bar No. 98886)
BAYRAMOGLU LAW OFFICES, LLC
233 S. Wacker Drive, 44th Floor #57
Chicago, IL 60606 | Telephone: (702) 462-5973
william@bayramoglu-legal.com
copyrightR@bayramoglu-legal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: March 6, 2026

*Signature of Clerk or Deputy Clerk*
(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00090

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations
was received by me on *(date)* 03/09/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served via electronic service on the addreses provided (below) by third-party e-commerce platform authorized by Electronic Service Order (ECF 25) including a link to a published website containing the Complaint, Summons, and other case related documents: https://blointernetenforcement.com/case-no-126-cv-00090/

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/09/2026

/s/ Reid Clibbens
*Server's signature*

Reid Clibbens, Paralegal at Bayramoglu Law Offices, LLC
*Printed name and title*

BAYRAMOGLU LAW OFFICES, LLC
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
*Server's address*

Additional information regarding attempted service, etc:
sumapner-us@outlook.com, yiersi_us@outlook.com, nczxdz0827@yeah.net, zhiyunld01@outlook.com, 17276662906@163.com, siyi888zx@outlook.com, dierlesi2024@outlook.com, qinggeyouxuan@outlook.com, 17671273766@163.com, 3463863268@qq.com, sonliangye@outlook.com, chuxuan_us@outlook.com, huaweinuoda@163.com, 15260717992@163.com